United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Juan Carlos Gil, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Villas al Lago Development Corp. and JSCH Enterprises, Inc., *dba* El Maguey Taquero Mucho, Defendants. | ) Civil Action No. 22-20713-Civ-Scola ) ) ) ) |

**Order Staying Deadlines as Defendant JSCH Enterprises, Inc., upon Notice of Settlement**

Plaintiff Juan Carlos Gil and Defendant JSCH Enterprises, Inc., doing business as El Maguey Taquero Mucho, have notified the Court that they have settled this matter. (ECF No. 16.) By **May 18, 2022**, with respect to this defendant, the Plaintiff must file a notice of dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), or a stipulation of dismissal, under Rule 41(a)(1)(A)(ii). The Court stays any other deadlines with respect to Defendant JSCH in the meantime.

If the Plaintiff files a stipulation of dismissal under Rule 41(a)(1)(A)(ii) and the parties wish to have this Court retain jurisdiction to enforce any settlement agreement, the stipulation of dismissal must include the following sentence: "The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement." This sentence is necessary because a stipulation of dismissal is otherwise self-executing and deprives the Court of jurisdiction to do anything further. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

This case is to remain **open** as to the remaining defendant in this case.

**Done and ordered** at Miami, Florida, on April 20, 2022.

Robert N. Scola, Jr.
United States District Judge